# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. 2016-2599

ENPLAS DISPLAY DEVICE CORPORATION

v.

SEOUL SEMICONDUCTOR COMPANY, LTD.

## DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

**Name of the party you represent**

Seoul Semiconductor Company, Ltd. ("SSC")

**Party is (select one)**       \_\_\_\_ Appellant/Petitioner       \_\_\_\_ Cross-Appellant
                                 _x_  Appellee/Respondent       \_\_\_\_ Intervenor

**Tribunal appealed from and Case No.**

United States District Court for the Northern District of California, No. 3:13-cv-05038-NC

**Date of Judgment/Order**   August 10, 2016        **Type of Case**    Patent

**Relief sought on appeal**

Affirm.

**Relief awarded below (if damages, specify)**

On August 10, 2016, the district court entered judgment in favor of SSC with respect to certain patent claims, awarding SSC $4,070,000 in damages; the court entered judgment in favor of Enplas Display Device Corp. ("EDD") on certain other patent claims.

Docketing Statement (continued)

**Briefly describe the judgment/order appealed from**

On August 10, 2016, the district court (a) issued an opinion denying the parties' post-trial motions but finding EDD's infringement willful and (b) entered judgment in favor of SSC and with respect to certain patent claims, awarding SSC $4,070,000 in damages, and entered judgment in favor of EDD on certain other patent claims.

**Nature of judgment (select one)**

　　x　Final Judgment, 28 USC 1295

　　__　Rule 54(b)

　　__　Interlocutory Order (specify type) _____

　　__　Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____

**Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued**

None.

**Brief statement of the issues to be raised on appeal**

SSC will respond to any issues raised on appeal.

**Have there been discussions with other parties relating to settlement of this case?**

　　　　　　　　　　　　　　　　　　　x　Yes　__　No

**If "yes," when were the last such discussions?**

　　__　Before the case was filed below?

　　x　During the pendency of the case below?

　　__　Following the judgment/order appealed from?

**If "yes," were the settlement discussions mediated?**　　x　Yes　__　No

**If they were mediated, by whom?**

Daniel J. Bergeson.

**Do you believe that this case may be amenable to mediation?**　__　Yes　x　No

Docketing Statement (continued)

**If you answered no, explain why not**

The parties' positions do not appear amenable to mediation at this time.

**Provide any other information relevant to the inclusion of this case in the court's mediation program.**

None.

I certify that I filed this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this   15th   day of   September  ,   2016   by:

*see* attached certificate of service.

(manner of service)

| Lawrence J. Gotts | /s/ *Lawrence J. Gotts* |
|---|---|
| Name of Counsel | Signature of Counsel |

Name:  Lawrence J. Gotts
Law firm:  Latham & Watkins LLP
Address:  555 Eleventh Street NW, Suite 1000
City, State and ZIP:  Washington, DC 20004-1304
Telephone:  (202) 637-2200
Fax #:  (202) 637-2201
E-mail address:  lawrence.gotts@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2016, I caused the foregoing to be served by electronic means through the Court's CM/ECF system on Counsel for Appellant, who are registered CM/ECF users.

*/s/ Lawrence J. Gotts*
Lawrence J. Gotts